```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15528
   HARVEY LEE PIERSON JR
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-1357


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 08/27/2007 and was not confirmed.

     The case was dismissed without confirmation 10/11/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED NOT I         .00           .00             .00
COOK COUNTY TREASURER      SECURED NOT I         .00           .00             .00
COOK COUNTY TREASURER      SECURED NOT I         .00           .00             .00
WILL COUNTY CIRCUIT CT C   NOTICE ONLY           .00           .00             .00
MCCLEAR CITY CC            SECURED NOT I         .00           .00             .00
MCCLEAR CITY CC            SECURED NOT I         .00           .00             .00
COOK COUNTY TREASURER      SECURED NOT I         .00           .00             .00
ASSET ACCEPTANCE LLC       UNSECURED         1066.76           .00             .00
PRO SE DEBTOR              DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------        --------------
TOTALS                       .00                      .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 15528 HARVEY LEE PIERSON JR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |